# Court of Appeals
# of the State of Georgia

ATLANTA,  January 18, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0882. IN THE INTEREST OF E. G. L. B. AND I. N. R. B., CHILDREN (MOTHER).**

After the juvenile court terminated both the mother's and father's parental rights, the parents filed separate applications for discretionary appeal in this Court. On October 28, 2016, this Court granted discretionary review and informed the parents that they "may file a Notice of Appeal within 10 days of the date of this order." See Application Numbers A17D0121 and A17D0127. Although the father timely filed a notice of appeal in Case Number A17A0881, the mother did not file her notice of appeal until November 29, 2016, 32 days after our order. We, therefore, lack jurisdiction over this direct appeal. The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *White v. White*, 188 Ga. App. 556, 556 (373 SE2d 824) (1988). Because the mother failed to file a notice of appeal within 10 days of our order granting her discretionary application, this appeal is DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/18/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.